UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TALAMEO S. ALAIMALEATA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:24-cv-05680-JLR<br><br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order (Dkt. # 11), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 20, 2025, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including February 3, 2025, to file a reply brief.

DATED this 16th day of December 2024.

_____
UNITED STATES DISTRICT JUDGE

Page 1      ORDER - [3:24-CV-05680-JLR]

Presented by:

s/ John B. Drenning
JOHN B. DRENNING
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3857
john.drenning@ssa.gov